**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Civil File No. 00-2211 DSD/SRN

The Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund,

Plaintiffs,

vs.

Universal Press & Label, Inc., a Minnesota corporation, d/b/a Universal Press & Link; Tursso Companies, Inc., a Minnesota Corporation; and Tursso Acquisitions, Inc., A Minnesota corporation,

Defendant.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Plaintiffs above-named and Defendant Universal Press & Label, Inc., a Minnesota corporation, d/b/a Universal Press & Link hereby stipulate and agree, through their respective counsel, to an extension of the time for Defendant Universal Press to file and serve its Answer. By agreement of the parties, Defendant Universal Press will file and serve its Answer no later than November 8, 2000.

Andrew E. Staab (#204705)
ROSENE, HAUGRUD & STAAB, CHARTERED
386 North Wabash Street, Suite 1250
St. Paul, MN 55102-1300
(651) 227-6621
**Attorneys for Plaintiff The Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund**

10-12-00

Alec J. Beck (#201133)
BURK & SEATON, P.A.
7301 Ohms Lane, Suite 320
Edina, MN 55439
(952) 896-1700
**Attorneys for Defendant Universal Press & Label, Inc.**

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Oct. 17, 2000

**SO ORDERED**

Susan Richard Nelson
The Honorable Susan R. Nelson
Magistrate Judge of United States District Court