**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Civil File No. 00-2211 DSD/SRN

---

The Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund,

Plaintiffs,

vs.

**STIPULATION AND ORDER**

Universal Press & Label, Inc., a Minnesota corporation, d/b/a Universal Press & Link; Tursso Companies, Inc., a Minnesota corporation; and Tursso Acquisitions, Inc., a Minnesota corporation,

Defendants.

---

**STIPULATION**

Plaintiffs, the Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund, along with Defendants Tursso Companies, Inc. and Tursso Acquisitions, Inc. stipulate, through their respective counsel, that the deadline for Defendants Tursso Companies, inc. and Tursso Acquisitions, Inc. to serve and file an answer to Plaintiffs' Complaint shall be extended from October 20, 2000 to November 8, 2000.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CAR-187784v1
TR220-3

DATED: October 19, 2000

**ROSENE, HAUGRUD & STAAB, CHARTERED**

By ______________________
Andrew E. Staab, (#204705)
386 North Wabasha Street
Suite 1250
St. Paul, MN 55102-1300
(612) 337-9300

**Attorneys for Plaintiffs The Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund**

DATED: October 17, 2000

**KENNEDY & GRAVEN, CHARTERED**

By ______________________
Robert A. Alsop (#174324)
John M. LeFevre, Jr. (#61852)
200 South Sixth Street
470 Pillsbury Center
Minneapolis, Minnesota 55402
(612) 337-9300

**Attorneys for Defendants Tursso Companies, Inc. and Tursso Acquisitions, Inc.**

**ORDER**

IT IS SO ORDERED.

Oct. 23, 2000

______________________
Magistrate Judge Susan R. Nelson

No further extensions will be granted.

CAR-187784v1
TR220-3