UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 00-2211 DSD/SRN

The Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund,

Plaintiffs,

vs.

Universal Press & Label, Inc., a Minnesota corporation, d/b/a Universal Press & Link; Tursso Companies, Inc., a Minnesota corporation; and Tursso Acquisitions, Inc., a Minnesota corporation,

Defendants.

**STIPULATION FOR DISMISSAL OF DEFENDANTS TURSSO COMPANIES, INC. AND TURSSO ACQUISITIONS, INC. ONLY AND ORDER**

**STIPULATION AND RELEASE**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

1. That Plaintiffs' claim against Defendants Tursso Companies, Inc., and Tursso Acquisitions only are dismissed with prejudice by the Court.

2. That all other claims, including but not limited to Plaintiffs' claim against Universal Press & Label, Inc., remain intact.

**ROSENE, HAUGRUD & STAAB, CHARTERED**

Dated: ~~February~~ March 11, 2002

By ________________________

Andrew E. Staab (#204705)
Steve Kelly (#0239203
400 Robert Street North, Suite 1800
Saint Paul, MN 55101
(651) 227-6621
**ATTORNEYS FOR PLAINTIFFS**

FILED 3-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

RAA-209643v1
TR220-3

**KENNEDY & GRAVEN, CHARTERED**

Dated: February 4, 2002

By______________________
Robert A. Alsop (#174324)
John M. LeFevre, Jr. (#61852)
200 South Sixth Street
470 Pillsbury Center
Minneapolis, Minnesota 55402
(612) 337-9300

**ATTORNEYS FOR DEFENDANTS TURSSO COMPANIES, INC. AND TURSSO ACQUISITION, INC.**

**ORDER**

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice with respect to Defendants Tursso Companies, Inc., and Tursso Acquisitions only and that all other claims, including but not limited to Plaintiffs' claim against Universal Press & Label, Inc., remain intact.

SO ORDERED.

Dated: March 12, 2002

______________________
The Honorable David S. Doty
United States District Judge