# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Graphic Communications International Union Local 1M Health and Welfare Fund,

Plaintiffs,

vs.

Universal Press & Label, Inc., a Minnesota corporation, d/b/a/ Universal Press & Link, Tursso Companies, Inc., a Minnesota corporation and Tursso Acquisitions, Inc., a Minnesota corporation,

Defendants.

Civil File No. 00-2211 DSD/SRN

**AMENDED STIPULATION FOR DISMISSAL OF DEFENDANTS TURSSO COMPANIES, INC. AND TURSSO ACQUISITIONS, INC. ONLY AND ORDER**

---

## STIPULATION AND RELEASE

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

1. That the Stipulation for Dismissal of Defendants Tursso Companies, Inc. and Tursso Acquisitions, Inc. Only and Order, dated March 12, 2002 by Judge Ann Montgomery is hereby **VACATED**.

2. That Plaintiffs claim against Defendants Tursso Companies, Inc. and Tursso Acquisitions only are dismissed with prejudice by the Court.

3. That the Judgment entered against Universal Press & Label, Inc. on August 28, 2001 remains in effect.

ROSENE, HAUGRUD & STAAB, CHARTERED

Dated: June 5, 2002

Stephen Kelly
Attorneys for Plaintiffs
400 Robert Street North, Suite 1800
Saint Paul, MN 55101
(651) 227-6621

FILED 6-20-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Attorney Registration #239203

KENNEDY & GRAVEN, CHARTERED

Dated: June 10, 2002

Robert A. Alsop
Attorneys for Defendants Tursso Companies, Inc. and Tursso Acquisitions, Inc.
470 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 337-9300
Attorney Registration #174324

**ORDER**

Based upon the parties' Stipulation:

1. The Stipulation for Dismissal of Defendants Tursso Companies, Inc. and Tursso Acquisitions, Inc. Only and Order, dated March 12, 2002 is hereby **VACATED**.

2. Plaintiffs claim against Defendants Tursso Companies, Inc. and Tursso Acquisitions only are dismissed with prejudice by the Court.

3. The Judgment entered against Universal Press & Label, Inc. on August 28, 2001 remains in effect.

This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Dated: June 20, 2002

The Honorable David S. Doty
United States District Judge

H:\Labor\3068 & 3021 Graphics Communications\3021.03 Universal Press & Label\Notice Dis2.doc
hrf